NO. 29,269

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/15/2015 8:37:00 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 354TH JUDICIAL DISTRICT |
| | § | |
| REBEKAH THONGINH ROSS | § | HUNT COUNTY, TEXAS |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes REBEKAH THONGINH, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against REBEKAH THONGINH ROSS.

Respectfully submitted,

Jessica Edwards 24000994
P.O. Box 9318
Greenville, Texas 75404
Tel: (903) 513-0510
Fax: (903) 200-1359
E-Mail: jessicaedwardslaw@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on October 13, 2015, a true and correct copy of the above and foregoing document was served on the Hunt County District Attorney's Office by hand delivery.

Jessica Edwards